United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YAISURY DELGADO PIAMBA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-01008 |
| | § | |
| WARDEN, EL VALLE DETENTION FACILITY, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The District Judge orders this case be referred to the randomly selected Magistrate Judge: Karen Betancourt.

SIGNED this September 21, 2026

Rolando Olvera
United States District Judge